J-A17007-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| MACKIN MEDICAL, INC. | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| LINDQUIST & VENNUM LLP D/B/A LINDQUIST & VENNUM D/B/A LINDQUIST & VENNUM P.L.L.P.; MARK A. JACOBSON, ESQUIRE; MARK PRIVRATSKY, ESQUIRE; CHRISTOPHER SMITH, ESQUIRE; BALLARD SPAHR ANDREWS & INGERSOLL LLP D/B/A BALLARD SPAHR | : | No. 1817 EDA 2018 |
| | : | |
| Appellants | : | |

Appeal from the Order Entered June 4, 2018
In the Court of Common Pleas of Philadelphia County
Civil Division at No(s): February Term, 2018 No. 4

BEFORE: PANELLA, P.J., OLSON, J., and FORD ELLIOTT, P.J.E.

DISSENTING STATEMENT BY PANELLA, P.J.:          **FILED APRIL 06, 2020**

I would affirm on the basis of the trial court's opinion, and therefore dissent.